**Freddie B. JACKSON, Plaintiff–Appellant,**

v.

**DIRECTOR OF CDC, Defendant–Appellee.**

**No. 01–15618.**

**D.C. No. CV–00–02730–DFL.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Freddie B. Jackson appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action because he failed to inform the court of an address change as required under Local Rule 83–182(d). We have jurisdiction under 28 U.S.C. § 1291. We re-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Jackson's request for oral argument.

view the district court's dismissal pursuant to its local rules for abuse of discretion, and we affirm. *See Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir.1995) (per curiam).

Because this case does not present exceptional circumstances on appeal, we deny Jackson's request for appointment of counsel. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.